QUIN DENVIR, Bar #49374
Federal Defender

CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CLYDE DEWITT


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-S-94-102 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| CLYDE DEWITT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    1. On September 12, 1994, this Court sentenced Mr. Dewitt to 151 months custody for violations of 18 USC §§ 841 and 922.

    2. Mr. Dewitt served his prison sentence and was placed on supervised release on January 23, 2004.  His supervised release terminates in 2009.

    3. Mr. Dewitt is supervised in the District of Nevada. His United States Probation Officer is Robert Aquino in the Las Vegas office.

    4. Mr. Dewitt has complied with all the conditions of his supervised release and his probation officer has no complaints about

1  his performance. He confirms that Mr. Dewitt has worked steadily since
2  his release, and has bought a home.
3      5. Mr. Dewitt has recently married and is planning a week-long
4  honeymoon in the Caribbean, on a cruise.  His probation officer cannot
5  permit the travel without court approval.
6      6. The undersigned has spoken twice with USPO Robert Aquino. He
7  has no objection whatsoever to Mr. Dewitt traveling on a cruise ship to
8  the Caribbean for a week, departing on or about January 4, 2006.
9      7. Therefore, Clyde Dewitt respectfully requests this Court to
10 enter an Order allowing him to travel to the Caribbean on a cruise, in
11 January, 2006.

Dated:   December 14, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
CLYDE DEWITT

/s/ Carolyn Delaney
_____
CAROLYN DELANEY
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**.

Dated: January 3, 2006

/s/ Lawrence K. Karlton for
HONORABLE EDWARD J. GARCIA
U.S. District Court Judge